# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN TRICE, # K-73276,**

    **Plaintiff,**

vs.                                       Case No. 17-cv-1345-DRH

**C/O HESS,**
**BART LIN,**
**and NURSE ANGEL,**

    **Defendants.**

## NOTICE OF IMPENDING DISMISSAL

**HERNDON, District Judge:**

Plaintiff was incarcerated at Lincoln Correctional Center ("Lincoln") when he brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on December 13, 2017. His claims arose while he was confined at Pinckneyville Correctional Center ("Pinckneyville"). Plaintiff asserts that Defendants failed to protect him from an attack by his cellmate.

This case is ripe for the required preliminary review of the Complaint pursuant to 28 U.S.C. § 1915A. However, it has come to the Court's attention that on January 11, 2018, mail sent by the Clerk of Court to Plaintiff at his address of record (Lincoln Correctional Center, P. O. Box 549, Lincoln, IL 62656) was returned to the Clerk marked "Not Deliverable as Addressed – Unable to Forward," and the back of the envelope was stamped "Return to Sender – Discharged." (Doc. 7).

1

Plaintiff was notified via the Clerk's letter dated December 13, 2017, that he has a continuing obligation to inform the Clerk of any change in his address, within 7 days of the change. (Doc. 4). The letter also warned Plaintiff that failure to notify the Court of any address change could result in dismissal of this case. That letter apparently reached Plaintiff, as it was not returned to the Clerk's Office. Plaintiff has not submitted a notice of address change. Accordingly, this case is subject to dismissal for failure to prosecute.

Plaintiff is **THEREFORE ORDERED** to provide the Court with his current address within 21 days of the date of entry of this Order (on or before February 16, 2018). Failure to comply with this Order **will result in dismissal** of this action with prejudice for want of prosecution, under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Judge Herndon
2018.01.26
16:24:53 -06'00'

**United States District Judge**